UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
In re Application of Corporación México Escolástica, S.A.                :
de C.V. for an Order, Pursuant to 28 U.S.C. § 1782 to                    :   Case No.
Conduct Discovery for Use in Foreign Proceedings,                        :
                                                                         :
                              Petitioner.                                :
                                                                         :
------------------------------------------------------------------------ X

## DECLARATION OF TURNER P. SMITH

Turner P. Smith declares under penalty of perjury:

1. I am a partner with the firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Corporación México Escolástica S.A. de C.V. ("Escolástica"). I have personal knowledge of the factual matter set forth in this Declaration and submit it in support of Escolástica's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

2. A true and correct copy of an excerpt of Scholastic Corporation's Form 10-K for the fiscal year ending on May 31, 2016 is attached hereto as Exhibit 1.

3. A true and correct copy of Scholastic, Inc.'s "Entity Information" from the New York State Department of Statement website is attached hereto as Exhibit 2.

4. True and correct copies of the proposed subpoenas to Scholastic Corporation and Scholastic, Inc. are attached hereto as Exhibit 3.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   New York, New York              By:  _/s/ *Turner P. Smith*_____
            September 19, 2016                        Turner P. Smith