# EXHIBIT 2

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 16, 2016.

Selected Entity Name: SCHOLASTIC INC.
Selected Entity Status Information

**Current Entity Name:** SCHOLASTIC INC.
**DOS ID #:** 105083
**Initial DOS Filing Date:** OCTOBER 13, 1955
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**
RICHARD ROBINSON
557 BROADWAY
NEW YORK, NEW YORK, 10012

**Principal Executive Office**
SCHOLASTIC INC.
557 BROADWAY
NEW YORK, NEW YORK, 10012

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100000 | Par Value | .25 |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 29, 1980 | Actual | SCHOLASTIC INC. |
| OCT 13, 1955 | Actual | SCHOLASTIC MAGAZINES, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us