# EXHIBIT A

**CARLOS FRANCISCO SÁNCHEZ VALENCIA**
**Attorney at Law**
Andrómeda # 55, Col. Prado, Mexico City, CP. 09480
Tel. +52 (55) 63 91 11 70
Email cf.sanchez@svls.mx

## Specialty

- Business and financial law.
- Operations, corporate and litigation

## Professional Experience

**SV y LS, S.C. (from 2001 to date)**
- Managing Partner.

**Volvo Comercial Credit de México, S. A. de C. V. (1999 – 2001)**
- General Counsel and Secretary of the Board of Directors
- Director legal responsible for: corporate legal and Litigation
- Department Collections
- Department recruitment
- Department of insurance administration
- Floor Plan distributors

**Valencia y Asociados (1995 – 1999)**
- Partner

**Arrendadora Financiera Reforma, S.A. de C.V. Org. Aux. del Crédito. (1992 – 1995)**
- Manager corporate legal and Assistant of the Secretary of the Board.

## Academic Experience

**School of Law (law degree) 1989-1993**
- Facultad de Derecho
- Universidad Nacional Autónoma de México.

**Academia Mexicana de derecho Notarial AC**
- Instituto de Investigaciones Jurídicas UNAM
- Diploma in Notarial Law and Registry

**Asociación Mexicana del Notariado**
- Diploma in Business Law

**Instituto Tecnológico Autónomo de México (ITAM)**
- Diploma in Corporate Law

## Membership

- Barra Mexicana, Colegio de Abogados AC. (BMA)
- Asociación Nacional de Abogados de Empresa (ANADE)
- Colegio de Abogados del Derecho Público y Privado de México (CADPPM)



CEDULA: 2250017

TITULO REGISTRADO A FOJAS 001-16
DEL LIBRO A225

DE REGISTRO DE PROFESIONALES Y GRADO

FIRMA DEL INTERESADO

SECRETARIA DE EDUCACION PUBLICA
DIRECCION GENERAL DE PROFESIONES

2250017

EN VIRTUD DE QUE CARLOS FRANCISCO SANCHEZ VALENCIA CUMPLIO CON LOS REQUISITOS EXIGIDOS POR LA LEY REGLAMENTARIA DEL ARTICULO 5o. CONSTITUCIONAL EN MATERIA DE PROFESIONES Y SU REGLAMENTO SE LE EXPIDE LA PRESENTE

**CEDULA**

CON EFECTOS DE PATENTE PARA EJERCER LA PROFESION DE

*LIC. EN DERECHO*

MEXICO, D.F. A 10 DE ENE DE 19 96

EL DIRECTOR GENERAL DE PROFESIONES
LIC. DIANA CECILIA ORTEGA AMIEVA

---

------------C E R T I F I C A C I O N------------
ARTURO PEREZ NEGRETE, Titular de la Notaría número Ciento Diecinueve del Distrito Federal, CERTIFICO: Que la presente copia fotostática que consta de una hoja con texto por un solo lado, sellada y rubricada por mí, es fiel reproducción de su original que tuve a la vista y con el que la cotejé, según consta en el Asiento número "1388" de esta fecha, del Libro Primero de Registro de Cotejos del Protocolo a mi cargo.- DOY FE.------------------------
México, Distrito Federal, a veintiocho de enero de mil novecientos noventa y nueve.------------------

EL NOTARIO NUMERO 119 DEL DISTRITO FEDERAL

LIC. ARTURO PEREZ NEGRETE.
ES COPIA CERTIFICADA