# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ALMATY
ASHGABAT
ASTANA
BEIJING
BUENOS AIRES
DUBAI
FRANKFURT
GENEVA
HOUSTON

ISTANBUL
LONDON
MEXICO CITY
MILAN
MUSCAT
PARIS
ROME
WASHINGTON, D.C.

ATTORNEYS AND COUNSELLORS AT LAW

101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE +1 212 696 6000
FACSIMILE +1 212 697 1559
WWW.CURTIS.COM

TURNER P. SMITH
TEL: +1 212 696 6121
FAX: +1 917 368 8821
E-MAIL: tsmith@curtis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/16

September 22, 2016

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Application of Corporación México Escolástica, S.A. de C.V. For an Order, Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use in Foreign Proceedings*, No. 16-cv-07297 (PAE)

Dear Judge Engelmayer:

We represent petitioner Corporación México Escolástica, S.A. de C.V. in the above-referenced case. At the suggestion of your Chambers, we write to request that this Court order that the case be converted from a Civil matter to a Miscellaneous matter, and be assigned to Part I of the Court for further action.

This matter is an application made under the authority of 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding. It was inadvertently filed electronically as a Civil matter, but it does not fall within the purview of the general Civil part of this Court. We apologize for any inconvenience this may present for the Court and await any further directions for how the transfer should be implemented.

Respectfully,

/s/ *Turner P. Smith*

Turner P. Smith

9/22/16
Granted. The Clerk of Court is respectfully directed to close this case and reopen it as a Miscellaneous action.

SO ORDERED:

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**